IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STANLEY LOCKHART, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 18-3711 |
| PPL ELECTRIC UTILITIES CORP., et al., | : | |
| Defendants. | : | |

# **ORDER**

**AND NOW**, this 24th day of June, 2021, upon consideration of the Motion to Dismiss for Lack of Prosecution (ECF No. 91) filed by Defendants on March 3, 2021, a March 31, 2021 hearing on the Motion, and in accordance with the Memorandum filed on this date, **IT IS ORDERED** that:

1. the Motion to Dismiss is **GRANTED**;

2. *Stanley Lockhart v. PPL Electric Utilities Corp. and Pennsylvania Power and Light Company*, Civ. A. No. 18-3711 is **DISMISSED** with prejudice in its entirety; and

3. the Clerk of Court is requested to close this file.

BY THE COURT:

/s/ *Henry S. Perkin*
───────────────────────────
HENRY S. PERKIN
United States Magistrate Judge